UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Michael Sammons,<br><br>    Plaintiff<br><br>v.<br><br>Yin Wang; Weikang Bio-Technology Group Co., Inc.,<br><br>    Defendants | 2:15-cv-0281-JAD-GWF<br><br>**Order Granting Plaintiff's Motion for Voluntary Dismissal and Closing Case**<br><br>[19, 21, 23] |

Plaintiff moves to dismiss this case without prejudice under FRCP 41(a)(2).[1] No party has appeared or filed a counterclaim.

Based on plaintiff's request and with good cause appearing, IT IS HEREBY ORDERED that **plaintiff's motion to dismiss [ECF 23] is GRANTED; all claims are dismissed without prejudice.**

IT IS FURTHER ORDERED that **all other pending motions [ECF 19, 21] are DENIED as moot**; and the Clerk of Court is directed to **CLOSE THIS CASE**.

Dated this 16th day of February, 2016

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF 23.